UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

DBH PROPERTIES, LTD. and KARLA BAKERY DORAL LLC,
    Defendant(s).

Case No: 24-cv-20345-KMM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, DBH PROPERTIES, LTD. and KARLA BAKERY DORAL LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendants, each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Kenneth R. Florio |
| Glenn R. Goldstein (FBN: 55873) | Kenneth R. Florio/Florida Bar No. 86929 |
| *Attorney for Plaintiff* | Natalie R. Koza/Florida Bar No. 1026447 |
| Glenn R. Goldstein & Assoc., PLLC | 4121 La Playa Boulevard |
| 8101 Biscayne Blvd., Ste. 504 | Miami, Florida 33133 |
| Miami, Florida 33138 | Telephone: (305) 667-4811 |
| 561.573.2106 | Email: Kenneth@goodkindandflorio.com |
| GGoldstein@G2Legal.net | Email: Natalie@goodkindandflorio.com |
| | Counsel for DBH Properties LTD. |
| s/ Lauren N. Wassenberg | *Attorney for Defendants* |
| Lauren N. Wassenberg (FBN: 34083) | |
| *Attorney for Plaintiff* | |
| Lauren N. Wassenberg & Assoc., P.A. | |
| 33 SE 4th St., Ste. 100 | |
| Boca Raton, FL 33432 | |
| (561) 571-0646 | |
| WassenbergL@gmail.com | |